|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | DISTRICT OF NEVADA | |

| | | |
|---|---|---|
| EMANUEL D. SMITH, | | Case No. 2:18-cv-02061-MMD-GWF |
| | Plaintiff | ORDER |
| v. | | |
| JAMES COX et al., | | |
| | Defendants | |

**I. DISCUSSION**

On October 31, 2018, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within 30 days from the date of that order. (ECF No. 3). On November 26, 2018, Plaintiff filed a motion for a 60-day extension of time to file a fully complete application to proceed *in forma pauperis* because he had not received his financial certificate from the NDOC yet. (ECF No. 4). The Court now grants Plaintiff's motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee on or before Friday, January 25, 2019.

**II. CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 4) is granted.

IT IS FURTHER ORDERED that on or before Friday, January 25, 2019, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

///

///

///

1    IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED THIS 28th day of November 2018.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE